|     |                                          |                                          |
| --- | ---------------------------------------- | ---------------------------------------- |
| 1   |                                          |                                          |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **Case No. CR 10-0701 MMC** |
| --- | --- | --- |
| Plaintiff, | ) | **[PROPOSED] FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| AVERY BADENHOP, | ) | |
| Defendant. | ) | |

On December 13, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, The Smith & Wesson .38 Special revolver, Serial Number BPW6971 seized from 5 Kingswood Court, Petaluma, California, on August 28, 2009; The Browning 9mm semiautomatic pistol, Serial Number 945NW06563 seized from 5 Kingswood Court, Petaluma, California, on August 28, 2009; and Any ammunition seized from 5 Kingswood Court, Petaluma, California, on August 28, 2009, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section, 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

///

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the
2  United States, pursuant to Title 21, United States Code, Section 853 and Title 18, United States
3  Code, Section, 982. All right, title, and interest in said property is vested in the United States of
4  America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: March 22, 2012

_____
MAXINE M. CHESNEY
United States District Judge